**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVON SUMMERS, | Case No. 1:21-cv-01166 KES FRS (BAM) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE ACTION PROCEED ON PLAINTIFF'S COGNIZABLE CLAIM |
| v. | |
| PFEIFFER, | |
| Defendant. | Doc. 14 |

Travon Summers asserts he suffered violations of his civil rights while incarcerated at Kern Valley State Prison. *See* Doc. 10. The assigned magistrate judge screened the amended complaint pursuant to 28 U.S.C. § 1915A and found Summers stated a claim against defendants Rodriguez and Anderson for unconstitutional conditions of confinement in violation of the Eighth Amendment. Doc. 14 at 5–8. The magistrate judge found Summers failed to state cognizable claims against the KSVP Warden and a "John Doe" maintenance employee. *Id.* The magistrate judge recommended that the matter proceed only on the cognizable claim and that all other claims and defendants be dismissed. *Id.* at 8.

The court served the findings and recommendations on Summers and informed him that any objections were due within 14 days. Doc. 14 at 9. The court also advised Summers that failure to file timely objections may result in the waiver of the right to challenge the magistrate's factual findings on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir.

1

2014)).  Summers did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this court performed a *de novo* review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

1.    The findings and recommendations issued on January 21, 2026 (Doc. 14), are **ADOPTED** in full.

2.    This action **SHALL** proceed <u>only</u> on Plaintiff's claim against Defendants Rodriguez and Anderson for unconstitutional conditions of confinement in violation of the Eighth Amendment, for failing to address the dirty standing water in Plaintiff's cell.

3.    All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4.    This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    February 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2