UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVON SUMMERS,

Plaintiff,

v.

PFEIFFER,

Defendant.

No. 1:21-cv-01166-KES-FJS (PC)

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

On August 11, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and

2. The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **August 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge